# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number:  (212) 326-8338
mwlampe@jonesday.com

May 24, 2022

VIA ECF

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  Stafford v. International Business Machines Corporation
>      Case No. 21-CV-06164 (S.D.N.Y.)

Dear Judge Oetken:

Respondent International Business Machines Corporation ("IBM") submits this letter to respectfully request that the Court clarify its May 10, 2022 Opinion & Order (the "Order"), Dkt. No. 28, to ensure that the Clerk of Court unseals the proper version of the sealed arbitration award, if IBM does not file a timely Notice of Appeal.  Plaintiff consents to IBM's request.

In the Order, the Court directed the parties "to confer on any sensitive information about the non-party IBM employee and file proposed redactions under seal within two weeks after the issuance of this Opinion & Order, regardless of whether IBM plans to appeal."  (Order at 7.)  The Parties conferred and have submitted the proposed redactions under seal today.  (*See* Dkt. No. 29.)

In the Order and docket text entry, the Court also directed the Clerk of Court "to unseal Docket Number 7 thirty days after the date of this Opinion and Order, except that Docket Number 7 should remain sealed if IBM files a timely Notice of Appeal."  (Order at 8.)  Docket Number 7 is the *unredacted* award.  The Parties' understanding is that the redacted award filed at Docket Number 29 is the award that should be unsealed (if IBM does not file a timely Notice of Appeal), according to the Court's Order.  Accordingly, IBM asks the Court to clarify that, should IBM not file a timely Notice of Appeal, the Clerk of Court should unseal the redacted award at Docket Number 29, and should *not* unseal the unredacted award at Docket Number 7.

Thank you for the Court's attention to this matter.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Judge J. Paul Oetken
May 24, 2022
Page 2

                                          Respectfully submitted,

                                          */s/ Matthew W. Lampe*
                                          Matthew W. Lampe

cc:    All counsel of record

> Granted. The Court hereby CLARIFIES that, if IBM does not file a timely notice of appeal, the Clerk of Court should unseal the redacted award at Docket Number 29, and should *not* unseal the unredacted award at Docket Number 7.
>
> Because the Clerk's Office does not track cases, the Court will notify the Clerk's Office to unseal Docket Number 29 on June 10, 2022, unless IBM files a timely notice of appeal.
>
> (The Clerk is directed to close the motion at Docket No. 30.)
>
> So ordered:
>
>    5/25/2022

J. PAUL OETKEN
United States District Judge