# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH STAFFORD,<br><br>    Petitioner,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>    Respondent. | No. 21-CV-06164 |

## NOTICE OF APPEAL

Respondent International Business Machines Corporation hereby appeals to the U.S. Court of Appeals for the Second Circuit this Court's final judgment of May 10, 2022, confirming the arbitration award and ordering that the award be unsealed, *see* ECF No. 28, as clarified by the Court on May 25, 2022, *see* ECF No. 31.

Dated: June 6, 2022

Anthony J. Dick
JONES DAY
51 Louisiana Ave NW
Washington DC 20001-2113
Telephone: (202) 879-7679
Facsimile: (202) 626-1700
ajdick@jonesday.com

Respectfully submitted,

*s/ Matthew W. Lampe*
Matthew W. Lampe
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7309
mwlampe@jonesday.com

*Counsel for Respondent*
*International Business Machines Corp.*