UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH STAFFORD,

                Petitioner,

-v-

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

                Respondent.

21-CV-6164 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Pursuant to the Second Circuit's decision dated August 14, 2023, this case is hereby dismissed as moot.  (*See* ECF No. 33.)

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: October 13, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge